| | |
|---|---|
| NAOMI JANE GRAY (SBN 230171)<br>SHADES OF GRAY LAW GROUP, P.C.<br>100 Shoreline Highway, Suite 100B<br>Mill Valley, CA 94941<br>Telephone: (415) 746-9260<br>Facsimile: (415) 968-4328<br>ngray@shadesofgray.law | KEVIN ISAACSCON<br>ROPERS MAJESKI KOHN & BENTLEY, PC<br>50 West San Fernando Street, Suite 1400<br>San Jose, CA 95113<br>Telephone: (408) 287-6262<br>Facsimile: (408) 918-4501<br>kevin.isaacson@rmkb.com |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSEVIER, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>YAROSLAV STOLYARCHUK,<br><br>　　　　　　Defendant. | Case No. 18-cv-00593-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS** |

Pursuant to Fed. R. Civ. P. 42 and Civil Local Rule 143, the parties hereby stipulate as follows:

This Present Action is related to *McGraw-Hill Global Education Holdings, LLC, et al. v. Stolyarchuk*, Case No. 17-cv-1716-WBS-DB, filed on August 17, 2017 (the "McGraw-Hill Action"). Three of the four plaintiffs in this Present Action are also plaintiffs in the McGraw-Hill Action: McGraw-Hill Global Education Holdings, LLC; Pearson Education, Inc.; and Cengage Learning, Inc. The sole named defendant in both actions is Yaroslav Stolyarchuk. In both actions, the plaintiffs assert that Defendant committed acts of direct and secondary copyright infringement, trademark infringement, and trademark counterfeiting with respect to plaintiffs' works. (*Compare* D.N. 1 *with* Exh. A hereto.)

Accordingly, to promote efficiency, the parties stipulate to the consolidation of this Present Action into the McGraw-Hill Action. The parties also stipulate to the adoption of the McGraw-Hill Action Status (Pretrial Scheduling) Order (Exh. B hereto). The parties anticipate a short extension of the dates in that scheduling order will be required; however, they plan to

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS　　CASE NO. 18-cv-593-WBS-EFB

4821-4548-8480.1

explore that once the actions are consolidated and as discovery progresses.

Plaintiffs shall have up to and including April 5, 2018 (or 10 days after the date the Court so orders this stipulation, whichever is later) to file a consolidated amended complaint which will serve as the operating pleading in both the Present Action and the McGraw-Hill Action. Defendant will not be required to file any responsive pleading to the First Amended Complaint in the Present Action as it will be moot upon the filing of the consolidated amended complaint upon consolidation of the Present Action and the McGraw-Hill Action. Defendant's response to the consolidated amended complaint will be due as set forth in the Federal Rules of Civil Procedure.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Respectfully submitted,

Dated: March 28, 2018  SHADES OF GRAY LAW GROUP, P.C.

NAOMI JANE GRAY

*/s/ Naomi Jane Gray*
Attorneys for Plaintiffs

ROPERS MAJESKI KOHN & BENTLEY PC

KEVIN ISAACSON

*/s/ Kevin Isaacson* (as authorized on 3/27/2018)
Attorney for Defendant

IT IS SO ORDERED.

Dated: March 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE